IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMILIO M. LLANES, Husband and Wife, and FRANCES M. LLANES, Husband and Wife, | ) ) ) ) | |
| Plaintiffs, | ) ) | CASE NO. 4:06CV3155 |
| v. | ) ) | |
| TOM NESBITT, Colonel, Patrol Superintendent (NSP), and UNKNOWN BARTON, Trooper (Badge No. 38), | ) ) ) ) ) | MEMORANDUM ORDER |
| Defendants. | ) ) | |

This matter was referred to the undersigned Magistrate for determination of any action to take with regard to the failure of the Plaintiffs to sign the report of the Rule 26(f) planning meeting, and for entry of a progression order. (Filing No. 40).

Plaintiffs are advised that they shall meet and confer with the Defendants and sign a planning report in accordance with Rule 26(f) by **July 22, 2007**. If the Plaintiffs fail to comply with an Order of this court they may be subject to sanctions up to and including dismissal of their case without prejudice

IT IS ORDERED:

1. That by **July 22, 2007** the parties shall file with the court a new Rule 26(f) planning report signed by both parties;

2. The Clerk of Court shall mail a copy of this Memorandum and Order to the Plaintiffs at their last known address.

DATED this 4th day of June, 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge