IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMILIO M. LLANES, et al.,, | ) | 4:06CV3155 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA STATE PATROL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiffs' "First Amended Petition Request" (filing 49). I construe the document as a motion for leave to amend the petition. The motion does not include an unsigned copy of the proposed amended petition, as required by the local rules of the Court. Those rules provide as follows:

> A party who moves for leave to amend a pleading (including a request to add parties) shall file as an attachment to the motion an unsigned copy of the proposed amended pleading. Except as provided in these rules or by leave of court, the proposed amended pleading must be a complete pleading which, if allowed to be filed, supersedes the pleading amended in all respects; no portion of the prior pleading may be incorporated into the proposed amended pleading by reference. The motion for leave to amend shall set forth specifically the amendments proposed to be made to the original pleading, state whether the motion is unopposed, and identify the amendments in the proposed amended pleading.

NECivR15.1(a). Unless there is an express provision to the contrary, pro se litigants must comply with all local rules and with the federal rules of procedure. NEGenR 1.3(g) ("Except as otherwise provided, all litigants who are proceeding pro se shall be bound by and comply with all local rules and administrative procedures and with the federal rules of procedure.") I will deny the motion for noncompliance with NECivR15.1(a).

For the foregoing reasons,

IT IS ORDERED that the motion in filing 49 is denied, without prejudice to reassertion of a motion for leave to amend the complaint submitted in compliance with NECivR 15.1.

June 15, 2007                    BY THE COURT:

*s/Richard G. Kopf*
United States District Judge