IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMILIO M. LLANES, et al., | ) | 4:06CV3155 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA STATE PATROL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Defendants' Motion to Stay. (Filing 42.) Defendants seek a stay of all discovery proceedings until thirty days after the court rules on Defendants' pending motion for summary judgment based on qualified immunity (filing 44). I will grant the motion.

IT IS ORDERED that the motion in filing 42 is granted and all discovery proceedings in this matter are stayed until thirty days after the court rules on the motion docketed as filing 44.

June 20, 2007

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge