IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| EMILIO M. LLANES, et al., | ) | 4:06CV3155 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| NEBRASKA STATE PATROL, et al., | ) | |
| | ) | |
| Defendants. | ) | |

This matter is before the court upon Plaintiffs' motion for additional time to respond to two motions. (Filing 54.) I will grant additional time for responding to the motion for summary judgment. I have granted the motion to stay discovery pending resolution of the qualified immunity defense raised in the summary judgment motion and will deny the motion for extension of time to respond to the motion to stay discovery.

IT IS ORDERED that the motion in filing 54 is granted to the extent that Plaintiffs shall have until August 6, 2007 to respond to Defendants' motion for summary judgment (filing 44) and is otherwise denied.

June 22, 2007.

BY THE COURT:

*s/Richard G. Kopf*
United States District Judge